WILLIAM WYLAN and Others, as Executors, etc., of ABRAHAM WYLAN, Deceased, Respondents, v. MAURICE C. WYMAN and EMMA WYMAN, Appellants, Impleaded with Others.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that a triable issue on the question of usury is presented. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES DENINA, Appellant.— Judgment reversed and a new trial ordered on the ground that the finding of guilt is against the weight of the evidence. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

SADIE WOFSY and JACOB WOFSY, Appellants, v. SAMUEL WALLACH, Respondent. Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

JENNIE BAUMGART, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY FOX and Others, Appellants, Impleaded with Another.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

BENJAMIN BLOCK and Others, Respondents, v. THE PENNSYLVANIA EXCHANGE BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

IRVING TRUST COMPANY, as Executor, etc., of HERMANN SIELCKEN, Deceased; Respondent, v. JOHN S. SORENSON, Defendant, Impleaded with MORRIS ROSENBLUM and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

ANITA BLOOM, as Administratrix, etc., of JOSEPH BLOOM, Respondent, v. MONARCH TRANSPORTATION Co., INC., and EDWARD J. FUSCO, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

UNITED PLUMBERS SUPPLY COMPANY, INC., Respondent, v. PITTSBURGH PLATE GLASS COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.